ACCEPTED
03-14-00561-CV
3961097
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 10:28:16 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00561-CV

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 10:28:16 AM
JEFFREY D. KYLE
Clerk

### KEVIN BIERWIRTH
### Appellant
### v.

### FEDERAL NATIONAL MORTAGE ASSOCIATION
### Appellee.

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Kevin Bierwirth, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Appellant's Brief was due on January 20, 2015.

2. Appellant seeks a forty day extension of time to file Appellant's Brief from the due date of the filing of the Brief, which would make Appellant's Brief due on or before March 2, 2015.

4. This extension of time is necessary because Appellant, requires an additional Reporter's record, which he is in the process of ordering.

5. The reporter's record transcribes events at the trial, but the trial court heard, at a later date, an additional petition for writ of reentry. Appellant requires the record in order to submit a complete brief.

6. This is the first extension of time Appellant has sought for the filing his brief.

For these reason, Kevin Bierwirth requests that this court render an order extending the time for filing Appellant's Brief to and including March 2, 2015.

Kevin Bierwirth
13276 Research Blvd. Ste. 204
Austin, Texas 78750
(512) 825-0331

## CERTIFICATE OF CONFERENCE

On January 29, 2015, an attempt was made to confer with Jeffrey B. Lewis, attorney for the Appellee, in order to confer as to the extension but was unable to reach Mr. Lewis.

Kevin Bierwirth

## CERTIFICATE OF SERVICE

On January 29, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

Jeffrey B. Lewis
10333 Richmond Ave. Ste. 550
Houston, TX 77042